```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 04 B 33374
    CARL N MYLES
    DESHAWN MYLES                                CHAPTER 13

                                                 JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-3113      SSN XXX-XX-0180


--------------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/09/04 and confirmed on 02/03/05.

    2.  The case was dismissed after confirmation, 08/15/2008.

    3.  The Debtor paid a total of $  33730.00 .

    4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK   CURRENT MORTG         .00             .00             .00
WASHINGTON MUTUAL BANK   MORTGAGE ARRE     2398.63             .00         2398.63
WELLS FARGO FINANCIAL AC SECURED VEHIC    19600.00         3099.84        19600.00
DAIMLER CHRYSLER FINANCI SECURED              .00             .00             .00
INTERNAL REVENUE SERVICE PRIORITY         2445.86             .00         2445.86
CT CORPORATION SYSTEM    UNSECURED       NOT FILED            .00             .00
ROUNDUP FUNDING LLC      UNSECURED         1293.06            .00           55.53
DIRECT TV                UNSECURED       NOT FILED            .00             .00
LOYOLA UNIVERSITY HEALTH UNSECURED       NOT FILED            .00             .00
ILLINOIS STUDENT ASSIST  UNSECURED        26786.83            .00         1150.35
UNIVERSITY FOOT SPECIALI UNSECURED          196.00            .00            8.42
WACHOVIA BANK            UNSECURED       NOT FILED            .00             .00
WELLS FARGO FINANCIAL AC UNSECURED         3447.09            .00          148.04
INTERNAL REVENUE SERVICE UNSECURED          195.16            .00            8.38
PREMIER BANKCARD/CHARTER UNSECURED          606.82            .00           26.06
ROUNDUP FUNDING LLC      UNSECURED          240.03            .00           10.31
            Summary of disbursements:
--------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER         TOTAL

TOTAL CLMS ALLOWED 21998.63      2445.86    32764.99         .00       57209.48
PRINCIPAL PAID     21998.63      2445.86     1407.09         .00       25851.58
INTEREST PAID       3099.84          .00         .00         .00        3099.84
TOTAL PAID         25098.47      2445.86     1407.09         .00       28951.42
The Debtor's attorney, LEGAL HELPERS PC                  , was allowed $   2400.00
and was paid $    500.00   direct and $   1900.00  through the plan.

The Trustee received $    1431.83 .

Refunds to the Debtor totaled $   1446.75 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/12/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE